

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
01/26/2016

IN RE:  CASE NO. 13–60008
Bobby Jewel Rickman  CHAPTER 13

    Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*60* – Motion to Deposit Funds into Court Registry. Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

    Amount: $ 16.00
    Owed to: BOBBY JEWEL RICKMAN

Signed and Entered on Docket: 1/26/16.

    by: <u>Kristy Love</u>
    Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.